**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**ISIDRO ABASCAL,**

                       **Plaintiff,**                    06-CV-0349S(Sr)

**v.**

**DENNIS FLECKENSTEIN, et al.,**           **ORDER**

                      **Defendants.**

---

The Mohawk Correctional Facility is directed to allow a telephone conference between Anselmo Soto (DIN # 87-C-774) and counsel at Rupp, Baase, Pfalzgraf, Cunningham & Coppola LLC.

        **SO ORDERED.**

DATED:    Buffalo, New York
              May 16, 2013

                                        *S/ H. Kenneth Schroeder, Jr.*
                                        **H. KENNETH SCHROEDER, JR.**
                                        **United States Magistrate Judge**