**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**ISIDRO ABASCAL,**

                     **Plaintiff,**                06-CV-0349S(Sr)

v.

**DENNIS FLECKENSTEIN, et al.,**          **ORDER**

                    **Defendants.**

---

The Mohawk Correctional Facility is directed to allow a telephone conference between Anselmo Soto (DIN # 87-C-774) and counsel at Rupp, Baase, Pfalzgraf, Cunningham & Coppola LLC at 10:00 a.m. on June 3, 2013.

      **SO ORDERED.**

DATED:    Buffalo, New York
            May 30, 2013

                                   *S/ H. Kenneth Schroeder, Jr.*
                                   **H. KENNETH SCHROEDER, JR.**
                                   **United States Magistrate Judge**